IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA RUBIO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DISTRICT OF COLUMBIA, et al.<br><br>　　　　　　Defendants. | Civil Action No. 1:10-cv-00262-RLW |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Stipulation of the parties,

IT IS HEREBY ORDERED that Counts I and II of Plaintiff's cause of action against Defendants are hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED: September 14, 2011

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Robert L. Wilkins
　　　　　　　　　　　　　　　　United States District Judge