UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA RUBIO, | * |
| Plaintiff, | * |
| v. | *   C.A. No. 10- cv- 262 (RLW) |
| DISTRICT OF COLUMBIA, *et al.*, | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk of the above Court will please note that all claims against Defendant District of Columbia in the above-captioned matter are dismissed with prejudice, and with no admission of liability. Each party shall bear their own costs.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

JAMES A. TOWNS [433435]
Acting Chief, General Litigation, Section II
Civil Litigation Division

Counsel for Plaintiff

/s/Wendell C Robinson/s/
Wendell C. Robinson [377091]
4308 Georgia Avenue, NW
Washington, DC  20011
Telephone (202) 223-4470
Fax: (202) 726-9060
E-Mail: grindstonelaw@aol.com

/s/David A. Jackson/s/
David A. Jackson [471535]
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW, 6th South
Washington, D. C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 741-8999
E-Mail: davida.jackson@dc.gov
Counsel for the Defendants